# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3914

_____

Eugene Wesley,                                  *
                                                *
                    Appellant,                  *
                                                *   Appeal from the United States
            v.                                  *   District Court for the Eastern
                                                *   District of Arkansas.
D. Boltinghouse, Sgt., Guard,                   *
Jefferson County Jail Facility,                 *        [UNPUBLISHED]
Arkansas Department of Correction,              *
originally sued as D Builtinghouse,             *
                                                *
                    Appellee.                   *

_____

Submitted:  June 23, 2000

Filed:  June 30, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

        Eugene Wesley appeals the dismissal of his 42 U.S.C. § 1983 action against Sergeant D. Boltinghouse for use of excessive force while handcuffing Wesley during a confrontation at the jail.  Having carefully reviewed the record and the parties' briefs, we conclude the action was properly dismissed and we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.